UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JORGE REYES,
    Plaintiff,

v.                                              Case No.: 3:21cv924/LAC/ZCB

CAPTAIN ELLIS,
    Defendant.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on July 6, 2023. (Doc. 33). The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.     The magistrate judge's Report and Recommendation (Doc. 33) is adopted and incorporated by reference in this order.

2.     Defendant Ellis's Motion for Summary Judgment, (Doc. 27), is **GRANTED**.

3. The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 7th day of August, 2023.

                *s/L.A. Collier*
                **LACEY A. COLLIER**
                **SENIOR UNITED STATES DISTRICT JUDGE**